Motion (14) is **GRANTED** and Doc. No. 13 shall be stricken.

*[signature]* Waverly D. Crenshaw, Jr.
Chief US District Judge

IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| **JOHN DOE,** | )  |
| *Plaintiff*, | ) |
| v. | ) |
| | ) Civil Action No: 2:23-cv-73 |
| **William Lee, Governor of the State of Tennessee, in his official capacity;** | ) |
| | ) Judge Crenshaw |
| **And,** | ) |
| | ) Magistrate Judge Newbern |
| **David Rausch, Director of the Tennessee Bureau of Investigation, in his official capacity.** | ) |
| *Defendants.* | ) |

**PLAINTIFF'S MOTION TO STRIKE ERRONEOUS FILING**

Comes now Plaintiff, by and through Counsel, and moves this Honorable Court pursuant to Fed. R. Civ. P. 15 to STRIKE Docket Entry 13 (<u>Motion for Preliminary Injunction</u>). Counsel erroneously filed this pleading, which was intended for another case, in this case. This pleading should be stricken from this case.

Counsel for Plaintiff has discussed this matter with Counsel for Defendants, who indicates that Defendants have no opposition to this motion.

Respectfully submitted,

*s/ Kyle Mothershead*
Kyle Mothershead, BPR 22953
Relentless Advocacy, PLLC
2901 Dobbs Ave.
Nashville, TN 37211
T: (615) 429-4717 / F: (615) 229-6387
E: kyle@relentlesslaw.com

1