UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NORTHEASTERN DIVISION

| | |
|---|---|
| JOHN DOE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) NO. 2:23-cv-00073 |
| | ) |
| WILLIAM B. LEE, Governor of the | ) |
| State of Tennessee, and | ) |
| DAVID B. RAUSCH, Director of the | ) |
| Tennessee Bureau of Investigation, in | ) |
| their official capacities, | ) |
| | ) |
| Defendants. | ) |

## ORDER

The Court's order at Doc. No. 21 is VACATED.

Plaintiff's Motion to Proceed Under Pseudonym and for Protective Order (Doc. No. 11) is **GRANTED**. Plaintiff shall proceed as "John Doe 73."

IT IS SO ORDERED.

_____
WAVERLY D. CRENSHAW, JR.
CHIEF UNITED STATES DISTRICT JUDGE